**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **DIGITAL TECHNOLOGIES LLC,**<br><br>       Plaintiff,<br><br>  v.<br><br>**SONY COMPUTER ENTERTAINMENT AMERICA LLC,**<br><br>       Defendant. | **Civil Action No. 2:15-cv-997**<br><br>**JURY TRIAL DEMANDED** |

**CORPORATE DISCLOSURE STATEMENT**

  Plaintiff Digital Technologies LLC is a Texas limited liability company. Digital Technologies LLC has no parent corporation, and no publicly held company owns 10% or more of its stock.

DATED June 8, 2015.                    Respectfully submitted,

                                       By: */s/ Stevenson Moore*
                                       Hao Ni
                                       Texas Bar No. 24047205
                                       hni@nilawfirm.com
                                       Timothy T. Wang
                                       Texas Bar No. 24067927
                                       twang@nilawfirm.com
                                       Neal G. Massand
                                       Texas Bar No. 24039038
                                       nmassand@nilawfirm.com
                                       Stevenson Moore V
                                       Texas Bar No. 24076573
                                       smoore@nilawfirm.com

                                       **NI, WANG & MASSAND, PLLC**
                                       8140 Walnut Hill Ln., Ste. 500
                                       Dallas, TX 75231
                                       Tel: (972) 331-4600
                                       Fax: (972) 314-0900

                                       **ATTORNEYS FOR PLAINTIFF**
                                       **DIGITAL TECHNOLOGIES LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of June, 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                       */s/ Stevenson Moore*
                       Stevenson Moore