IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC,<br><br>    Defendant. | Civil Action No. 2:15-cv-997 |

## ORDER

Before the Court is Plaintiff Display Technologies, LLC's Agreed Motion for Leave to File its Amended Complaint for Patent Infringement. After careful consideration, and noting that the Motion is unopposed, the Court is of the opinion that the Motion should be GRANTED.

It is therefore ORDERED that Plaintiff Display Technologies, LLC shall have leave to file its Amended Complaint for Patent Infringement.

SIGNED this 27th day of August, 2015.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE